# Progreso Police Department

**Arrest Report**

**Felony State Jail** — Classification

Case # 21-02-0129
Date of Report: February 26, 2021
Page No. 1 of 4 Pages
No. 21-A-081

| Field | Value |
|---|---|
| Name of Person Arrested | Joshua Lyman Stapleton |
| Alias or Nickname(s) | |
| Arrest Date | 02-26-2021 |
| Address of Suspect | 810 S 8th St |
| City | Edinburg |
| State | Tx |
| Zip Code | 78539 |
| Occupation | |
| Time | 06:00 P.M. |
| Social Security Number | 6 |
| Suspect Phone Number | 1 |
| State | TX |
| Driver's License Number | 9 |
| Type | C |
| Expires | 03-25-2024 |
| Age | 36 |
| Race | W |
| Sex | M |
| Eyes | Brown |
| Hair | Blond |
| Height | 5'9" |
| Weight | 160 lbs |
| Date of Birth | 0 2 _ 4 |
| Place of Birth | Edinburg, Tx |
| Tattoos or ID Marks | None |
| Where Arrested | FM 1015 |
| How Arrest Was Made | On View ☒  On Call ☐  On Warrant ☐ |
| Warrant No. | |
| Warrant Date | |

**Offense(s) Suspected or Charged:** DWI Poss CS PG 1, 3

Date Offense Committed: February 26, 2021
Time Offense Committed: 05:40 P.M.
Court:
Where Offense Committed: FM 1015
Type of Premises: Public Roadway
Business Trade Name:

Armed: Yes ☐  No ☒
Type of Weapon:
Drunk ☒  Drinking ☒
Cursed ☐  Resisted ☐
Check All Items Which Apply:

Previous Arrests:
Other Persons Arrested For Same Offense:

| Vehicle Involved | Owner | Year | Color | Make | Model | Body Style | License Plate Number | Year | State | Vehicle Impounded | Where To |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Yes ☒ No ☐ | Miguel Angel Guerrero | 2008 | Blue | Chev | Cavalier | PC | Z 3 | 20 | TX | Yes ☒ No ☐ | Almaraz |

Property Placed In Property Room:
Value:

| Witnesses Name | Age | Race | Sex | Date of Birth | Address | City | State | Zip Code | Phone Number |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |

| Complainant Name | Age | Race | Sex | Date of Birth | Address | City | State | Zip Code | Phone Number |
|---|---|---|---|---|---|---|---|---|---|
| State Of Texas | | | | | 810 N Business FM 1015 | Progreso | Tx | 78579 | 956-565-9266 |

**NOTE FACTS OF ARREST NOT INCLUDED ABOVE**

On Friday February 26, 2021 at about 5:40PM I officer E. Lozano was traveling north on FM 1015 and I saw a blue in color vehicle traveling north on FM 1015 swerving. Vehicle invaded the turn center lane several times.

Arrestees Rights Given By: Officer E. Lozano #363
Date Rights Given: 02-26-2021
Time Rights Given: 06:00 P.M.
Place Rights Given:

Results of Investigation:
NCIC #:

Arresting Officers: Officer E. Lozano #363
Report Made By: Officer E. Lozano #363
Final Disposition:

# Progreso Police Department

Offense - Incident Report

Case # 21-02-0129

Date of Report: **February 26, 2021**

Classification: **Felony State Jail**

Page No **1** of **4** Pages

No **21-A-081**

| Offense - Incident | Date of Offense | Time of Offense | Location |
|---|---|---|---|
| DWI Poss CS PG 1, 3 | February 26, 2021 | 05:40 P.M. | FM 1015 |

| Complainant ☒ Victim ☒ Firm ☐ | Age | Race | Sex | Date of Birth | Address | City | State | Zip Code | Phone Number |
|---|---|---|---|---|---|---|---|---|---|
| State Of Texas | | | | | 810 N Business FM 1015 | Progreso | Tx | 78579 | |
| Complainant ☐ Victim ☐ | | | | | | | | | |

| Reported By | Reported To | How Reported | Type of Premises |
|---|---|---|---|
| Officer E. Lozano | Central | Radio | Public Roadway |

| Bodily Injury Yes ☐ No ☒ | Victim Taken To | Transported By | Description of Injuries | Condition |
|---|---|---|---|---|

| M/O How Done | Force Used | With What Tool or Weapon | Other Acts or Trademarks |
|---|---|---|---|
| Vehicle | | Body | |

| Involved Yes ☐ No ☒ | Owner | Year | Color | Make | Model | Style | License # | Year | State | Vehicle Identification Number |
|---|---|---|---|---|---|---|---|---|---|---|
| | Miguel Angel Guerrero | 2008 | Blue | Chev | Cavalier | PC | | 20 | TX | |

CODES: S-Stolen Property   D-Damaged Property   L-Lost Property   F-Found Property   R - Recovered Property

| CODE S-D-L-F-R | Qty | Description (Size, Color, Model Style, Material, Condition) | Serial Number | Disposition of Property | Value |
|---|---|---|---|---|---|
| F | 4 | MIA 108 PILLS (Hydrocodone Bitartrate) | 0061 | Found | |
| F | 2 | ROCHE 2 White round pill(diazepam) | 0061 | Found | |
| F | 1 | M367 white oval pill(Acetaminophen and Hydrocodone) | 0061 | Found | |
| F | 2 | AHD 300 Brown/Yellow Capsule(Gabapenti) | 0061 | Found | |
| F | 1 | package labeled as hemp with 2 burnt pipes | 0061 | Found | |

Total Value

| Witnesses Name | Age | Race | Sex | Date of Birth | Address | City | State | Zip Code | Phone Number |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |

| Name of Suspect | Age | Race | Sex | Date of Birth | Height | Weight | Eyes | Hair Color | Relation To Complainant |
|---|---|---|---|---|---|---|---|---|---|
| Joshua Lyman Stapleton | 36 | W | M | | 5'9" | 160 lbs | Brown | Blond | None |

## Details Not Covered Above

On Friday February 26, 2021 at about 5:40PM I officer E. Lozano was traveling north on FM 1015 and I saw a blue in color vehicle traveling north on FM 1015 swerving. Vehicle invaded the turn center lane several times.

Investigating Officer(s): **Officer E. Lozano** # 363   Report Made By: **Officer E. Lozano** # 363   Date **02 26 2021**

Case Filed: Yes ☒ No ☐   Cleared by arrest ☒   This Case is: Unfounded ☐ Inactive ☐ Other ☐

Approved By:    Badge Number:

Use supplementary report for additional information not covered above.

PPD Form 1A Revised 01-01-11

# Progreso Police Department
## Supplementary Investigation Report
### Felony State Jail
Classification

Case # 21-02-0129
Date of Report: February 26 2021
Page No. 2 of 4 Pages
No. 21-A-081

| Complainant | Age | Race | Sex | Date of Birth | Address | City | State | Zip Code | Phone Number |
|---|---|---|---|---|---|---|---|---|---|
| State Of Texas | | | | | 810 N Business FM 1015 | Progreso | Tx | 78579 | 956-565-9266 |

## Details of Offense, Progress of Investigation, ETC.

On Friday February 26, 2021 at about 5:40PM I officer E. Lozano was traveling north on FM 1015 and I saw a blue in color vehicle traveling north on FM 1015 swerving. Vehicle invaded the turn center lane several times. I proceeded to follow the vehicle. I turned on the red and blue emergency lights of my unit to indicate the driver to stop and driver complied.

I exited my unit and approached the vehicle from the driver side. I made contact with the driver and stated the reason for my stop. I asked the driver for his driver license and I saw he was having problems getting it out from the wallet. Driver handed me his Texas Driver License #02917529 and I identified him as Joshua Lyman Stapleton DOB 03/25/1984. I noticed Stapleton had red blood shot eyes and his speech slurred. I asked Stapleton to exit the vehicle and he complied. I asked him to follow me to the back of the car and he complied. I noticed Stapleton had unsteady balance while walking. I asked Stapleton if he had anything to drink and he said no. I told him because of the signs that I just saw and the way he was driving I would like to perform a field sobriety test and asked him if he would do it. He said he was not going to pass. I asked about 5 more times if he was willing to perform a field sobriety test and never said yes. I arrested Stapleton and placed him in the back seat of my unit.

I then approached the vehicle from the front passenger seat and made contact with the passenger who identified himself with Texas Driver License #10137045 as Miguel Angel Guerrero DOB 10/29/1984. I asked Guerrero to step out of the car and he said no. I then ordered him to get out of the car about 3 more times and he said no. I opened the door, grabbed his arm and tried to pull him out but he pulled back. Chief Solis told him from the driver window to get out or he was going to get pepper-spray and he exited the vehicle with some resistance. After some resistance Guerrero was arrested and placed in the back seat of my unit.

A wrecker was called to my location. I stared doing inventory of the vehicle and found 1ROCHE 2 White round pill(diazepam) under the driver seat. I later found another ROCHE 2 White round pill(diazepam), 4 MIA 108 PILLS (Hydrocodone Bitartrate), 1 M367 white oval pill(Acetaminophen and Hydrocodone) and 2 AHD 300 Brown/Yellow Capsule(Gabapenti) inside a cooler of an approximate size of 12in by 8in. The pills were inside a clear plastic bag. The cooler was on the front passenger seat. I also found a clear package labeled as hemp. It had 2 burnt pipes.

Investigating Officer(s): Officer E. Lozano # 363
Report Made By: Officer E. Lozano # 363
Date: 02 26 2021

Case Filed: Yes ☒  No ☐
This Case is: Cleared by arrest ☒  Unfounded ☐  Inactive ☐  Other ☐
Approved By: 
Badge Number: #

Use supplementary report for additional information not covered above.

PPD Form 1B Revised 01-01-11

# Progreso Police Department
Supplementary Investigation Report

Case # **21-02-0129**

Date of Report **February 26 2021**

**Felony State Jail**
Classification

Page No **3** of **4** Pages

No **21-A-081**

| Complainant | Age | Race | Sex | Date of Birth | Address | City | State | Zip Code | Phone Number |
|---|---|---|---|---|---|---|---|---|---|
| State Of Texas | | | | | 810 N Business FM 1015 | Progreso | Tx | 78579 | 956-565-9266 |

## Details of Offense, Progress of Investigation, ETC.

Moments later, the wrecker arrived and took possession of the vehicle. I transported Stapleton and Guerrero to the Progreso Police Department where they were booked and placed in a cell. Evidence was tagged #0061 and placed in the evidence locker.

No further actions taken.

Investigating Officer(s) **Officer E. Lozano # 363**   Report Made By **Officer E. Lozano # 363**   Date **02 26 2021**

Case Filed: Yes ☒  No ☐

This Case is: Cleared by arrest ☒  Unfounded ☐  Inactive ☐  Other ☐

Approved By: 

Badge Number: #

Use supplementary report for additional information not covered above

PPD Form 1B Revised 01-01-11