**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **DAWN STAPLETON, as a personal** | § | |
| **Representative of the Estate of** | § | |
| **Joshua Stapleton and Jaqueline Louise** | § | |
| **Stapleton** | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| **Vs** | § | **Civil Action No. 7:23-CV-00069** |
| | § | |
| **ERNESTO LOZANO, JUSTIN LEE** | § | |
| **BECERRA, CESAR SOLIS AND,** | § | |
| **THE CITY OF PROGRESSO, TX** | § | |
| **et. al** | § | |
| **Defendants** | § | |

**CITY OF PROGRESSO DEFENDANTS'**
**UNOPPOSED MOTION FOR STAY OF DISTRICT COURT PROCEEDINGS**
**PENDING DISPOSITION OF INTERLOCUTORY APPEAL BY DEFENDANTS**
**LOZANO, BECERRA, AND SOLIS**
==========================================================

MAY IT PLEASE THE COURT:

COMES NOW DEFENDANTS, the CITY OF PROGRESSO, TEXAS' and Individually named DEFENDANTS ERNESTO LOZANO, JUSTIN LEE BECERRA, AND CESAR SOLIS (hereinafter collectively referred to as "DEFENDANTS") file this Unopposed Motion to Stay of the District Court proceedings in this case pending disposition of the interlocutory appeal taken by DEFENDANTS LOZANO, BECERRA, and SOLIS in this matter to the U.S. Court of Appeals to the Fifth Circuit. As good cause for this Motion for Stay, DEFENDANTS would show the Court as follows:

**PROCEDURAL STATUS**

1.    DEFENDANTS LOZANO, BECERRA and SOLIS filed an Notice of Appeal in this matter on 3/8/2024. *See Doc. #33 – Notice of Appeal to U.S. Fifth Circuit.*

2.    The Notice of Appeal was taken from the denial of the Individual Defendants Rule 12 Motion and assertion of Qualified Immunity that the Court had denied at the hearing held on 2/15/2024. *See Docket Report for Minute Entry dated 2/15/2024.*

3.     The interlocutory appeal is docketed on appeal as *Stapleton v Lozano, et. al., Case No. 24-40155 (U.S. Fifth Circuit).* The case has been briefed, and the Fifth Circuit set oral argument for November 5, 2024.  *See Appeal Doc. #53 – Notice of Oral Argument Setting for 11/5/2024.*

4.     On 10/7/2024, Defenses Counsel received the Court's Notice of Resetting setting a hearing in this matter for 10/22/2024 at 2:30 p.m.  *See Doc. 337.*

5.     Undersigned Defense Counsel filed an Advisory to the Court relaying the status of the 5th Circuit proceedings and conveying the belief that the District Court's case was already under a stay of proceedings. *See Doc. #38 – Defendants' Advisory.* The Court's staff advised that no stay was in fact in place.

<h2 align="center">CERTIFICATE OF CONFERENCE</h2>

6.     In light of the foregoing information, Undersigned Defense conferred with Opposing Counsel regarding whether there would be any opposition to a Motion for Stay in this Court.

7.     Opposing Counsell advised of No Opposition to a Motion for Stay and in fact concurred that Motion for Stay was agreed to in light of the pending Fifth Circuit proceedings, which are set for oral argument on 11/5/2024.

<h2 align="center">MOTION FOR STAY</h2>

8.     Therefore, in light of the foregoing procedural status of the interlocutory appeal and the CITY DEFENDANTS in this cause hereby request that the District Court enter an Order staying and abating the District Court proceedings until the appellate proceedings are fully concluded.

9.     Under the logic of *Carswell v Camp*,  54 F.4th 307 (5th Cir. 2022), the stay of proceedings pending disposition of the issues raised on appeal under the collateral order doctrine apply to the individual defendants as a matter of right.

10.    Although the remaining Defendant in the case, the CITY OF PROGRESSO, is not a party to the appeal, the CITY DEFENDANTS would show that the Court, that depending on the disposition of the interlocutory appeal, the trial dynamics of the case is District Court will likely be seriously affected.

11.    Therefore, as a matter of the Court's discretion, the proceedings pertaining to the DEFENDANT CITY should also be abated until disposition of the issues on appeal have been fully resolved.

12.     Therefore the CITY OF PROGRESSO DEFENDANTS respectfully request that the Court stay and abate the District Court proceedings in this case until the appellate proceedings are fully concluded.

<b>CONCLUSION AND PRAYER</b>

WHEREFORE, for the reasons specified above, CITY OF PROGRESSO DEFENDANTS request that the District Court enter an abatement and stay of its proceedings pending disposition of the issues on appeal.

SIGNED this 13th day of OCTOBER 2024.

Respectfully submitted,

By:     /s/ Ricardo J. Navarro
        RICARDO J. NAVARRO
        Texas Bar No. 14829100
        So. Dist Id No. 5953
        rjnavarro@rampagelaw.com

        **DENTON NAVARRO RODRIGUEZ
          BERNAL SANTEE & ZECH, P.C.**
        A Professional Corporation
        701 E. Harrison Ste 100
        Harlingen, Texas 78550
        956/421-4904
        956/421-3621 (fax)

        **COUNSEL FOR CITY OF PROGRESSO
        DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document has been served on the persons or parties identified below in accordance with one or more of the recognized methods of service by the Federal Rules of Appellate Procedure on the 13TH day of OCTOBER 2024.

| | |
|---|---|
| Matthew S. Manning | By E-Filing Methods |
| Parker S. Webb | |
| Charles C. Webb | |
| WEBB CASON & MANNING, P.C. | |
| 710 Mesquite Street | |
| Corpus Christi, Texas 78401 | |
| matt@wcctclaw.com ; service@wcctxlaw.com | |

/s/Ricardo J. Navarro
RICARDO J. NAVARRO

City of Progresso Defendant Unopposed Motion for
Stay of District Court Proceedings                                                            -4-